UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

July 1, 2009

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, NE
Suite 2-301
Washington, DC 20544

RECEIVED
2009 JUL -6 A 11: 16
FINANCIAL
DISCLOSURE OFFICE

Re:    2008 Calendar Year Financial Disclosure Report

Dear Judge Baldock:

    In response to your letter of June 11, 2009, this is to inform you that ███████ is
a partner at the law firm of Kelley, Drye & Warren.  If you need any further information,
please let me know.

                                    Very truly yours,

                                    ████████████████████

                                    Naomi Reice Buchwald
                                    United States District Judge

enclosures

Buchwald_Naomi_R

| AO 10<br>Rev. J/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BUCHWALD, NAOMI R. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURT HOUSE<br>500 PEARL STREET -- ROOM 2270<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 A 11:47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Partner at law firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# 2008 Financial Disclosure Statement

## Part VII: Investments and Trusts

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| Citibank Accounts | C | Interest | N | T | | | | |
| Citibank (IRA) 1 | A | Interest | K | T | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| Citibank (IRA) 2 | A | Interest | O | T | | | | |
| | E | Dividends | | | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| – Analogue Devices (Common) | | | | | | | | |
| – Applied Materials (Common) | | | | | | | | |
| – Time Warner (Common) | | | | | | | | |
| – Intel (Common) | | | | | | | | |
| – Palm Inc (Common) | | | | | | | | |
| – International Rectifier (Common) | | | | | | | | |
| – Microsoft (Common) | | | | | | | | |
| – Sun Microsystems (Common) | | | | | | | | |
| – CMGI (Common) | | | | | | | | |
| JPMorgan Chase Accounts | D | Interest | N | T | | | | |
| Schwab Account | | | | | | | | |
|   NY Muni Money Mkt | C | Dividends | M | T | | | | |
| Bank of America | B | Dividends | J | T | | | | |
| Columbia Cash Reserves (formerly Prime Reserves) | | | | | | | | |
| Treasury Direct Account | E | Interest | O | T | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time Warner | A | Dividends | K | T | Bought | 5/6 | N | – | |
| Common Stock (also in IRA) | | | | | Partial Sold | 8/26 | N | – | |
| | | | | | Bought | 8/27 | N | – | |
| | | | | | Partial Sold | 8/27 | N | B | |
| | | | | | | | | | |
| Applied Materials | A | Dividends | K | T | Bought | 4/18 | M | – | |
| Common Stock (IRA) | | | | | Sold | 5/1 | M | C | |
| | | | | | Bought | 7/16 | M | – | |
| | | | | | Sold | 7/16 | M | A | |
| | | | | | | | | | |
| Blount | – | None | J | T | | | | | |
| Common Stock | | | | | | | | | |
| | | | | | | | | | |
| Intel | D | Dividends | M | T | Bought | 1/2 | M | – | |
| Common Stock (also in IRA) | | | | | Partial Sold | 1/9 | M | – | |
| | | | | | Bought | 2/4 | N | – | |
| | | | | | Bought | 2/12 | O | – | |
| | | | | | Partial Sold | 2/12 | O | D | |
| | | | | | Partial Sold | 2/19 | N | – | |
| | | | | | Bought | 3/31 | M | – | |
| | | | | | Partial Sold | 4/1 | M | D | |
| | | | | | Bought | 4/2 | N | – | |
| | | | | | Partial Sold | 4/2 | N | B | |
| | | | | | Bought | 5/12 | M | – | |
| | | | | | Partial Sold | 5/12 | M | A | |
| | | | | | Bought | 5/19 | M | – | |
| | | | | | Bought | 6/19 | N | – | |
| | | | | | Bought | 6/24 | N | – | |
| | | | | | Partial sold | 6/24 | N | – | |
| | | | | | Bought | 7/8 | N | – | |
| | | | | | Bought | 7/14 | P1 | – | |
| | | | | | Partial Sold | 7/14 | P1 | – | |
| | | | | | Bought | 7/16 | M | – | |
| | | | | | Partial Sold | 7/16 | N | B | |
| | | | | | Bought | 8/11 | N | – | |
| | | | | | Partial Sold | 8/11 | M | E | |
| | | | | | Partial Sold | 8/12 | M | C | |
| | | | | | Bought | 8/13 | N | – | |
| | | | | | Partial Sold | 8/14 | M | B | |
| | | | | | Partial Sold | 9/22 | M | – | |
| | | | | | Bought | 9/25 | O | – | |
| | | | | | Partial Sold | 9/29 | O | – | |
| | | | | | Bought | 10/2 | N | – | |

| | | | | | Transaction | Date | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Bought | 10/6 | M | – |
| | | | | | Partial Sold | 10/6 | O | – |
| | | | | | Bought | 10/7 | N | – |
| | | | | | Partial Sold | 10/7 | M | – |
| | | | | | Bought | 10/8 | M | – |
| | | | | | Partial Sold | 10/8 | N | B |
| | | | | | Bought | 10/9 | M | – |
| | | | | | Partial Sold | 10/9 | N | – |
| | | | | | Bought | 10/10 | M | – |
| | | | | | Partial Sold | 10/10 | M | A |
| | | | | | Bought | 10/14 | L | – |
| | | | | | Partial Sold | 10/28 | L | – |
| | | | | | Bought | 11/11 | M | – |
| | | | | | Partial Sold | 11/11 | M | A |
| Analogue Devices Common Stock (IRA) | B | Dividends | K | T | | | | |
| CMGI Common Stock (IRA) | – | None | J | T | | | | |
| International Rectifier Common Stock (IRA) | | | K | T | Bought | 5/2 | K | – |
| | | | | | Sold | 5/19 | K | B |
| Microsoft Common Stock (IRA) | B | Dividends | M | T | Bought | 5/6 | M | – |
| | | | | | Partial Sold | 5/7 | M | B |
| | | | | | Sold | 5/8 | L | B |
| | | | | | Bought | 5/16 | M | – |
| | | | | | Sold | 5/16 | M | – |
| | | | | | Bought | 10/10 | N | – |
| | | | | | Partial Sold | 10/10 | N | C |
| | | | | | Sold | 10/13 | L | D |
| | | | | | Bought | 10/14 | M | – |
| | | | | | Sold | 10/24 | M | – |
| Palm Inc. Common Stock (IRA) | – | None | J | T | | | | |
| Sun Microsystems Common Stock (IRA) | – | None | J | T | | | | |
| Yahoo Common | – | None | | | Bought | 5/1 | L | – |
| | | | | | Partial Sold | 5/2 | L | C |
| | | | | | Sold | 5/6 | J | – |

| | | | | Type | Date | Code | Code |
|---|---|---|---|---|---|---|---|
| | | | | Bought | 5/16 | N | – |
| | | | | Sold | 5/16 | N | – |
| | | | | Bought | 5/19 | M | – |
| | | | | Bought | 5/28 | O | – |
| | | | | Sold | 5/28 | O | – |
| | | | | Bought | 8/11 | M | – |
| | | | | Sold | 8/11 | M | B |
| | | | | Bought | 8/21 | L | – |
| | | | | Sold | 8/21 | M | B |
| | | | | Bought | 10/17 | M | – |
| | | | | Sold | 10/28 | L | – |
| Cisco Common | – | None | | Sold | 1/9 | O | – |
| | | | | Bought | 5/7 | M | – |
| | | | | Bought | 5/13 | M | – |
| | | | | Partial Sold | 5/13 | M | A |
| | | | | Sold | 5/16 | M | – |
| | | | | Bought | 5/19 | M | – |
| | | | | Sold | 5/28 | M | – |
| | | | | Bought | 5/29 | M | – |
| | | | | Sold | 7/14 | M | – |
| | | | | Bought | 7/16 | M | – |
| | | | | Sold | 8/5 | M | D |
| Ebay Common Stock | – | None | | Bought | 2/7 | N | – |
| | | | | Bought | 2/19 | L | – |
| | | | | Sold | 2/19 | N | – |
| | | | | Bought | 4/18 | N | – |
| | | | | Bought | 4/21 | M | – |
| | | | | Sold | 4/30 | O | – |
| | | | | Bought | 5/2 | N | – |
| | | | | Partial Sold | 5/2 | M | A |
| | | | | Bought | 5/13 | N | – |
| | | | | Sold | 5/13 | M | C |
| | | | | Bought | 5/16 | N | – |
| | | | | Sold | 5/16 | N | – |
| | | | | Bought | 5/19 | M | – |
| | | | | Bought | 5/28 | N | – |
| | | | | Sold | 5/28 | O | – |
| | | | | Bought | 5/29 | O | – |
| | | | | Bought | 6/16 | N | – |
| | | | | Partial Sold | 6/16 | M | A |
| | | | | Sold | 6/18 | M | – |

| | | | Bought | 6/19 | O | – |
|---|---|---|---|---|---|---|
| | | | Partial Sold | 6/24 | M | – |
| | | | Bought | 6/25 | M | – |
| | | | Sold | 7/2 | O | – |
| | | | Bought | 7/16 | O | – |
| | | | Partial Sold | 7/16 | N | C |
| | | | Bought | 7/29 | O | – |
| | | | Partial Sold | 7/29 | N | C |
| | | | Bought | 7/30 | N | – |
| | | | Bought | 8/1 | M | – |
| | | | Partial Sold | 8/1 | M | A |
| | | | Bought | 8/4 | N | – |
| | | | Bought | 8/5 | O | – |
| | | | Sold | 8/5 | P1 | – |
| | | | Bought | 8/6 | O | – |
| | | | Partial Sold | 8/6 | N | B |
| | | | Bought | 8/7 | O | – |
| | | | Sold | 8/7 | O | D |
| Valerio<br>Common Stock | – | None | Sold | 1/9 | N | – |

| A. Description | C. Income | D.Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code (2)Method | (1) | (2) | (3) | (4) |
| Amazon.com<br>Common | – | None | | Bought | 1/3 | P1 | – |
| | | | | Partial Sold | 1/4 | O | – |
| | | | | Sold | 1/9 | O | – |
| | | | | Bought | 1/9 | N | – |
| | | | | Bought | 1/18 | N | – |
| | | | | Partial Sold | 1/18 | K | – |
| | | | | Bought | 2/4 | M | – |
| | | | | Bought | 2/8 | N | – |
| | | | | Partial Sold | 2/8 | N | B |
| | | | | Bought | 2/13 | N | – |
| | | | | Partial Sold | 2/13 | N | D |
| | | | | Bought | 2/14 | N | – |
| | | | | Partial Sold | 2/15 | N | – |
| | | | | Bought | 2/19 | N | – |
| | | | | Partial Sold | 2/19 | P1 | – |
| | | | | Bought | 2/21 | O | – |
| | | | | Partial Sold | 2/22 | N | C |

5

| | | | |
|---|---|---|---|
| Sold | 2/29 | N | – |
| Bought | 4/10 | M | – |
| Sold | 4/18 | M | D |
| Bought | 4/21 | N | – |
| Partial Sold | 4/24 | L | – |
| Bought | 4/29 | N | – |
| Sold | 4/29 | O | B |
| Bought | 5/1 | M | – |
| Partial Sold | 5/1 | N | B |
| Sold | 5/2 | M | – |
| Bought | 5/2 | N | – |
| Partial Sold | 5/28 | N | D |
| Bought | 5/29 | O | – |
| Bought | 6/18 | N | – |
| Partial Sold | 6/18 | N | C |
| Partial Sold | 6/19 | N | D |
| Partial Sold | 6/20 | M | – |
| Sold | 6/24 | N | D |
| Bought | 6/25 | M | – |
| Sold | 7/2 | M | – |
| Bought | 7/8 | O | – |
| Sold | 7/8 | O | D |
| Bought | 7/11 | M | – |
| Bought | 7/16 | M | – |
| Partial Sold | 7/16 | N | C |
| Bought | 8/5 | M | – |
| Sold | 8/5 | N | D |
| Bought | 8/6 | O | – |
| Partial Sold | 8/6 | M | B |
| Bought | 8/7 | M | – |
| Bought | 8/8 | O | – |
| Partial Sold | 8/8 | O | D |
| Bought | 8/13 | M | – |
| Sold | 8/14 | M | E |
| Bought | 8/15 | N | – |
| Bought | 8/18 | M | – |
| Partial Sold | 8/19 | N | – |
| Bought | 8/20 | O | – |
| Partial Sold | 8/22 | M | D |
| Sold | 8/26 | O | – |
| Bought | 8/27 | O | – |
| Partial Sold | 9/9 | K | – |
| Partial Sold | 9/11 | M | – |

| | | | |
|---|---|---|---|
| Partial Sold | 9/15 | N | – |
| Bought | 9/23 | M | – |
| Partial Sold | 9/29 | M | – |
| Bought | 10/6 | M | – |
| Bought | 10/7 | M | – |
| Bought | 10/8 | M | – |
| Partial Sold | 10/8 | M | D |
| Bought | 10/9 | N | – |
| Partial Sold | 10/9 | O | D |
| Bought | 10/10 | L | – |
| Bought | 10/13 | M | – |
| Partial Sold | 10/13 | L | C |
| Bought | 10/16 | M | – |
| Bought | 10/17 | L | – |
| Partial Sold | 10/17 | L | – |
| Bought | 10/20 | M | – |
| Partial Sold | 10/20 | M | B |
| Partial Sold | 10/23 | N | – |
| Sold | 10/24 | L | – |
| Bought | 11/6 | M | – |
| Sold | 11/7 | M | D |
| Bought | 11/11 | N | – |
| Sold | 11/11 | N | D |
| Bought | 11/12 | L | – |
| Sold | 11/12 | L | A |
| Bought | 11/14 | L | – |
| Sold | 11/14 | L | – |
| Bought | 11/17 | M | – |
| Sold | 11/17 | M | – |
| Bought | 11/18 | M | – |
| Sold | 11/20 | M | – |
| Bought | 11/25 | L | – |
| Sold | 11/28 | L | – |
| Bought | 12/1 | L | – |
| Sold | 12/1 | L | B |
| Bought | 12/4 | M | – |
| Sold | 12/4 | M | C |
| Bought | 12/8 | M | – |
| Sold | 12/8 | M | B |
| Bought | 12/10 | M | – |
| Sold | 12/10 | M | C |
| Bought | 12/11 | M | – |
| Sold | 12/12 | M | C |

199
200
201
202
203
204
205
206
207
208
209
210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228
229
230
231
232
233
234
235
236
237
238
239
240
241

|  |  |  |  |  | Bought | 12/22 | L | – |
|  |  |  |  |  | Sold | 12/29 | L | A |
| Apple Computer Common Stock | – | None |  |  | Bought | 11/10 | N | – |
|  |  |  |  |  | Sold | 11/10 | N | C |
|  |  |  |  |  | Bought | 11/11 | N | – |
|  |  |  |  |  | Sold | 11/11 | N | A |
|  |  |  |  |  | Bought | 11/17 | M | – |
|  |  |  |  |  | Partial Sold | 11/17 | M | – |
|  |  |  |  |  | Sold | 11/18 | L | – |
|  |  |  |  |  | Bought | 11/25 | M | – |
|  |  |  |  |  | Sold | 11/25 | M | B |
|  |  |  |  |  | Bought | 11/28 | O | – |
|  |  |  |  |  | Sold | 11/28 | O | C |
|  |  |  |  |  | Bought | 12/1 | M | – |
|  |  |  |  |  | Sold | 12/1 | M | B |
|  |  |  |  |  | Bought | 12/2 | N | – |
|  |  |  |  |  | Sold | 12/2 | N | C |
|  |  |  |  |  | Bought | 12/4 | M | – |
|  |  |  |  |  | Sold | 12/5 | M | C |
|  |  |  |  |  | Bought | 12/11 | M | – |
|  |  |  |  |  | Sold | 12/11 | M | C |
|  |  |  |  |  | Bought | 12/12 | M | – |
|  |  |  |  |  | Sold | 12/12 | M | B |
| Google Common Stock | – | None | M | T | Bought | 1/23 | O | – |
|  |  |  |  |  | Sold | 1/23 | O | E |
|  |  |  |  |  | Bought | 2/4 | N | – |
|  |  |  |  |  | Sold | 2/8 | O | E |
|  |  |  |  |  | Bought | 2/11 | O | – |
|  |  |  |  |  | Sold | 2/11 | O | D |
|  |  |  |  |  | Bought | 2/14 | O | – |
|  |  |  |  |  | Partial Sold | 2/14 | M | – |
|  |  |  |  |  | Partial Sold | 2/15 | L | – |
|  |  |  |  |  | Bought | 2/21 | N | – |
|  |  |  |  |  | Partial Sold | 2/21 | N | A |
|  |  |  |  |  | Bought | 2/22 | O | – |
|  |  |  |  |  | Partial Sold | 2/22 | O | D |
|  |  |  |  |  | Bought | 2/25 | O | – |
|  |  |  |  |  | Bought | 2/26 | N | – |
|  |  |  |  |  | Bought | 2/27 | O | – |
|  |  |  |  |  | Partial Sold | 2/27 | O | D |
|  |  |  |  |  | Bought | 2/28 | N | – |

8

| | | | |
|---|---|---|---|
| Partial Sold | 3/3 | P1 | – |
| Bought | 3/31 | M | – |
| Partial Sold | 3/31 | M | B |
| Bought | 4/2 | M | – |
| Partial Sold | 4/2 | M | B |
| Bought | 4/17 | M | – |
| Partial Sold | 4/17 | M | F |
| Bought | 4/24 | N | – |
| Partial Sold | 4/24 | M | E |
| Bought | 4/29 | O | – |
| Partial Sold | 4/29 | O | D |
| Bought | 4/30 | O | – |
| Partial Sold | 4/30 | O | D |
| Sold | 5/1 | L | D |
| Bought | 5/12 | P1 | – |
| Partial Sold | 5/12 | O | C |
| Bought | 5/13 | N | – |
| Partial Sold | 5/13 | M | B |
| Sold | 5/14 | O | D |
| Bought | 5/14 | O | – |
| Bought | 5/16 | O | – |
| Partial Sold | 5/16 | P1 | D |
| Bought | 5/28 | O | – |
| Sold | 5/28 | P1 | – |
| Bought | 11/14 | O | – |
| Sold | 11/14 | O | D |
| Bought | 11/18 | M | – |
| Sold | 11/18 | M | B |
| Bought | 11/19 | M | – |
| Bought | 11/20 | M | – |
| Sold | 11/20 | N | – |
| Bought | 11/25 | N | – |
| Sold | 11/25 | N | B |
| Bought | 11/28 | M | – |
| Sold | 11/28 | M | A |
| Bought | 12/4 | M | – |
| Sold | 12/4 | M | B |
| Bought | 12/5 | M | – |
| Sold | 12/5 | M | B |
| Bought | 12/11 | N | – |
| Sold | 12/11 | N | D |
| Bought | 12/12 | M | – |
| Sold | 12/12 | M | – |

|  |  |  |  |  |  | Bought | 12/19 | N | – |
|  |  |  |  |  |  | Partial Sold | 12/30 | M | – |
| Rambus Common Stock | – | None |  |  |  | Bought | 11/28 | K | – |
|  |  |  |  |  |  | Sold | 11/28 | K | – |
| Research-in-Motion Common Stock | – | None | L | T |  | Bought | 8/11 | O | – |
|  |  |  |  |  |  | Bought | 8/13 | N | – |
|  |  |  |  |  |  | Partial Sold | 8/13 | N | B |
|  |  |  |  |  |  | Partial Sold | 8/19 | O | – |
|  |  |  |  |  |  | Bought | 8/22 | M | – |
|  |  |  |  |  |  | Sold | 8/26 | M | – |
|  |  |  |  |  |  | Bought | 8/27 | O | – |
|  |  |  |  |  |  | Sold | 8/27 | O | A |
|  |  |  |  |  |  | Bought | 8/28 | N | – |
|  |  |  |  |  |  | Partial Sold | 9/9 | K | – |
|  |  |  |  |  |  | Partial Sold | 9/15 | M | – |
|  |  |  |  |  |  | Sold | 9/22 | M | – |
|  |  |  |  |  |  | Bought | 9/25 | L | – |
|  |  |  |  |  |  | Sold | 9/29 | K | – |
|  |  |  |  |  |  | Bought | 11/10 | M | – |
|  |  |  |  |  |  | Sold | 11/10 | M | A |
|  |  |  |  |  |  | Bought | 11/11 | M | – |
|  |  |  |  |  |  | Partial Sold | 11/11 | L | A |
|  |  |  |  |  |  | Sold | 11/18 | M | – |
|  |  |  |  |  |  | Bought | 11/20 | M | – |
|  |  |  |  |  |  | Sold | 11/20 | M | – |
|  |  |  |  |  |  | Bought | 11/25 | L | – |
|  |  |  |  |  |  | Sold | 11/25 | L | A |
|  |  |  |  |  |  | Bought | 11/28 | M | – |
|  |  |  |  |  |  | Sold | 11/28 | M | C |
|  |  |  |  |  |  | Bought | 12/26 | L | – |

10